# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TRUMAN S. BENJAMIN,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | **Case No.  2:07-cv-01999-VEH-HGD** |
| ) | |
| **SERGEANT J. BETTIS, et al.,** ) | |
| ) | |
| **Defendants** ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 17, 2007, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b).  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

**DONE** this the 11th day of February, 2008.

**VIRGINIA EMERSON HOPKINS**
United States District Judge